**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

| | |
|---|---|
| Bay Pines Group, LLC aka Village Inn Restaurant - Bay Pines dba Village Inn, | Case No.: 8:26-bk-07257-LER<br>Chapter 11 |

Debtor(s).
_____________________________/

**DEBTOR'S MOTION TO ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY (BAY PINES PREMISES)**

Bay Pines Group, LLC aka Village Inn Restaurant - Bay Pines dba Village Inn, the above-captioned debtor and debtor-in-possession ("Debtor"), hereby moves this Court under 11 U.S.C. §§ 105(a) and 365, and Federal Rules of Bankruptcy Procedure 6006 and 9014, for entry of an order authorizing and approving the Debtor's assumption of its unexpired lease of nonresidential real property for the Bay Pines premises described below. In support, the Debtor states:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (M), and (O). Venue is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested are 11 U.S.C. §§ 105(a) and 365, as implemented by Federal Rules of Bankruptcy Procedure 6006 and 9014.

**Background**

**The Debtor and this case**

2. On August 14, 2026 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, commencing this case, and is operating its business and managing its affairs as a debtor-in-possession pursuant to §§ 1107(a) and 1108. The Debtor operates a Village Inn restaurant at the Premises described below.

**The Bay Pines Ground Lease**

3. The Debtor is the tenant under a Ground Lease dated October 1, 2014 (together with its amendments, the "Lease"), originally between KE Bay Pines Properties, LLC, as landlord, and the Debtor, as tenant, covering the nonresidential real property located at 10156 Bay Pines Boulevard, St. Petersburg, Florida 33708, consisting of approximately 44,496 square feet of land and an approximately 5,003 square foot building (the "Premises"). The Lease was amended by a First Amendment to Ground Lease dated July 28, 2015. By assignment following a sale of the Premises, Times Square Long Beach Investors, LLC is the current landlord and successor in interest under the Lease (the "Landlord").

4. The Lease is an Absolute Net Lease under which the Debtor is responsible for all maintenance, repairs, taxes, and insurance. The term commenced on July 28, 2015, and expires on July 31, 2040, subject to five renewal options of five years each. As of the most recent tenant estoppel certificate, the current monthly base ground rent was $10,120.00. The Lease is guaranteed by LDL Holdings, Inc.

5. The Premises is the Debtor's place of business, where it operates its Village Inn restaurant. The Lease is among the Debtor's most valuable assets and is essential to its continued operations and reorganization.

**<u>Relief Requested</u>**

6. By this Motion, the Debtor requests entry of an order

   a. authorizing and approving the Debtor's assumption of the Lease under 11 U.S.C. § 365(a); and

   b. determining that no cure amount is owing or, in the alternative, fixing any cure amount and permitting the Debtor to cure it as a condition of assumption.

## <u>Basis for Relief</u>

### I. The Motion is timely under § 365(d)(4).

7. Section 365(d)(4)(A) provides that an unexpired lease of nonresidential real property under which the debtor is the lessee is deemed rejected, and the premises must be surrendered, if the debtor does not assume or reject the lease by the earlier of 120 days after the order for relief or the entry of an order confirming a plan. The Debtor's order for relief was entered on the Petition Date, August 14, 2026; the 120-day period therefore runs through December 12, 2026. This Motion is filed within that period and is timely.

### II. Assumption of the Lease is a sound exercise of the Debtor's business judgment.

8. Section 365(a) authorizes the Debtor, "subject to the court's approval," to assume an unexpired lease of the Debtor. The Debtor's determination to assume the Lease is a sound exercise of its business judgment and benefits the estate. The Premises is the Debtor's place of business and the site of its operating Village Inn restaurant, and the Lease is a long-term leasehold running through July 31, 2040 with five renewal options. Assumption preserves the Debtor's going-concern operations for the benefit of the estate and its creditors; rejection would terminate the Debtor's only operating location.

### III. The Debtor can satisfy the cure and adequate-assurance requirements.

9. Section 365(b)(1) conditions assumption of a defaulted lease on cure (or adequate assurance of prompt cure) of defaults and adequate assurance of future performance. The Debtor will cure, or provide adequate assurance that it will promptly cure, any monetary defaults existing under the Lease as a condition of assumption. To the extent the Court or the Landlord identifies any cure amount, the Debtor requests that the Court fix such amount and permit the Debtor to cure it. The Debtor's continued operation of the restaurant at the Premises and its ongoing revenues provide adequate assurance of future performance under the Lease.

## Conclusion

**WHEREFORE**, the Debtor, Bay Pines Group, LLC, respectfully requests that the Court enter an order:

a. granting this Motion;

b. authorizing and approving the Debtor's assumption of the Lease for the Bay Pines Premises pursuant to 11 U.S.C. § 365(a)

c. determining that no cure amount is owing or, in the alternative, fixing any cure amount and permitting the Debtor to cure it as a condition of assumption; and

d. granting such other and further relief as the Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by the Court's CM/ECF system to Office of U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; all parties receiving electronic notice in this case, and by United States Mail, first-class postage prepaid, to the Landlord under the Lease, Times Square Long Beach Investors, LLC, 118 E. Jefferson Avenue, Kirkwood, MO 63122, on October 23, 2026.

**DAVID W. STEEN, P.A.**

/s/ David W. Steen
David W. Steen, Esq.
Florida Bar No.: 221546
P O Box 270394
Tampa, FL 33688-0394
Telephone: (813) 280-9578
Email: dwsteen@dsteenpa.com